## GIAGNOCAVO v. BUCKS COUNTY COMMISSIONERS

No. 1239.  Decided April 20, 1970

*Peter A. Glascott* for appellees.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## SPARTAN'S INDUSTRIES, INC., ET AL. v. TEXAS

No. 1255.  Decided April 20, 1970

*William H. Allen, William H. Bloch, George A. Kampmann, Oscar Spitz, Harold B. Berman,* and *Jay S. Fichtner* for appellants.

*Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Alfred Walker,* Executive Assistant Attorney General, and *Robert C. Flowers* and *Monroe Clayton,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.